```
STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    FAX: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEIFENG LI, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>ALEJANDRO MAYORKAS, Secretary, Department of Homeland Security, *et al.*,<br><br>　　　　　　　Defendants. | C 3:21-cv-09496 JCS<br><br>**PARTIES' STIPULATION TO DISMISS** |

Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services adjudicated Plaintiffs' Form I-485, Application to Register Permanent Residence or Adjust Status.

Each of the parties shall bear their own costs and fees. In accordance with Civil Local Rule 5(i)(3), the filer of this document attests that all signatories listed below concur in the filing of this document.

///

| | | |
|---|---|---|
| 1 | Dated: 02/15/2022 | Respectfully submitted, |
| 2 | | STEPHANIE M. HINDS<br>United States Attorney |
| 4 | | /s/ Elizabeth D. Kurlan<br>ELIZABETH D. KURLAN |
| 5 | | Assistant United States Attorney<br>Attorneys for Defendants |
| 7 | Dated: 02/15/2022 | s/ Eric Martin<br>ERIC MARTIN |
| 8 | | Attorney for Plaintiffs |
| 12 | Dated: February 16, 2022 | |

IT IS SO ORDERED

Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA